**TESSERA, INC., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee,

and

**Elpida Memory, Inc. and Elpida Memory (USA) Inc.,**
Intervenors,

and

**Smart Modular Technologies, Inc., Intervenor,**

and

**Acer, Inc., Acer America Corporation, Nanya Technology Corporation, Nanya Technology Corporation U.S.A., and Powerchip Semiconductor Corporation (now known as Powerchip Technology Corporation), Intervenors,**

and

**Ramaxel Technology, Ltd., Intervenor,**

and

**Kingston Technology Company, Inc., Intervenor.**

No. 2010–1176.

United States Court of Appeals, Federal Circuit.

Aug. 5, 2010.

Before LOURIE, Circuit Judge.

### ON MOTION

### ORDER

Tessera, Inc. moves for leave to file a reply brief not to exceed 12,000 words. The intervenors oppose. Tessera replies.

Upon consideration thereof,

It Is Ordered That:

The motion is granted in part; Tessera's reply brief, not to exceed 10,000 words, is due within 14 days of the date of filing of this order.